**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 PROCEEDINGS** |
| **EDGAR CHAVERS JR** | |
| **CARMEN MONETTE CHAVERS** | **CASE NO: 17-22492 JRA** |
|   Debtor(s) | |

**MOTION TO DISMISS FOR DEFAULT IN PLAN PAYMENTS**

 Comes now Paul R. Chael, Trustee herein, and states that Debtor(s) is in material default under the terms of the Plan, in that the payments required by the Plan have not been made and that no showing has been made of any just cause for such default.

**Amount of default: $2,400.00**
**Current Plan Payment: $600.00 MONTHLY**
**Monthly Payment Equivalent: $600.00**

 Wherefore, your Trustee prays that these proceedings be dismissed pursuant to Sec.1307 (c) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

                /s/ Paul R. Chael
                Paul R. Chael, Trustee
                Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2018, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): KEVIN SCHMIDT

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

EDGAR CHAVERS JR and CARMEN MONETTE CHAVERS, 9066 KNICKERBOCKER ST, ST JOHN, IN 46373    ,

                /s/ Paul R. Chael
                Paul R. Chael
                401 West 84th Drive
                Merrillville, IN 46410
                (219) 650-4015