UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  CHAPTER 13 PROCEEDINGS
ELVY G FARRIES

CASE NO: 12-24283 JRA

Debtor(s)

## MOTION TO DISMISS FOR DEFAULT IN PLAN PAYMENTS INCLUDING TAX REFUNDS

Comes now Paul R. Chael, Trustee herein, and states that Debtor(s) is in material default under the terms of the Plan, in that the payments required by the Plan have not been made, including tax refunds, and that no showing has been made of any just cause for such default.

**Amount of default: $17,410.00**
**Current Plan Payment: $1150.00**
**Monthly Payment Equivalent: $1150.00**

Wherefore, your Trustee prays that these proceedings be dismissed pursuant to Sec.1307 (c) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): DAVID DABERTIN ATTY AT LAW CORP

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

ELVY G FARRIES, 931 BECKER ST, HAMMOND IN 46320

/s/ Paul R. Chael
Paul R. Chael
401 West 84th Drive
Merrillville, IN 46410
(219) 650-4015